UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No.: 1:01-CR-18-005 |
| v. | ) |
| | ) |
| BILLY ALLEN SALMON | ) |

## **MEMORANDUM AND ORDER**

BILLY ALLEN SALMON ("Defendant") appeared for a hearing on November 23, 2022, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Second and Third Amended Petitions for a Warrant for an Offender Under Supervision and Orders ("Amended Petitions") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. Federal Defender Services of Eastern Tennessee was previously appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Amended Petitions.

The Government moved that Defendant remain detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier. Defendant waived his right to any preliminary and detention hearings.

Based upon the Petitions and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his conditions of supervised release as alleged in the Petitions.

Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his revocation hearing before Judge Collier is **GRANTED**.

(3) The U.S. Marshal shall transport Defendant to an in-person revocation hearing **before District Judge Collier at 2:00 p.m. on Wednesday, February 8, 2023.**

SO ORDERED.

ENTER.  s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE